John S. Ladd and Another, Respondents, v. Frank J. Tyler, Appellant. — Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

George H. Baker, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, for error in commenting upon the witness at folio 90, and for harmful discussion of the issue at folios 129 and 130. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George W. Foren, Respondent, v. The Brooklyn Daily Times (Incorporated), Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Daniel F. Gillen, Respondent, v. James McAllister, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Illinois Surety Company, Respondent, v. Francesco Santomassimo and Others, Defendants. Antonio Cappadonna, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.